Dixie SMITH, Movant, v. COMMONWEALTH of Kentucky, Opposed

Court of Appeals of Kentucky

January 14, 1947.

A. W. Mann and P. H. Vincent for movant.

Eldon S. Dummit, Attorney General, and H. K. Spear, Assistant Attorney General, for the Commonwealth.

PER CURIAM.

Appeal denied. Judgment affirmed.

Arthur ROOKARD, Movant, v. STATE AUTOMOBILE MUTUAL INSURANCE COMPANY, Opposed.

Court of Appeals of Kentucky

January 17, 1947.

Troy D. Savage for movant.

R. W. Keenon opposed.

PER CURIAM.

The motion for appeal is denied and judgment affirmed.